UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISANNE L. NELSON,                                              CIV. NO. 14-1828 (SRN/JSM)

    Plaintiff,                                                                ORDER

v.

EXCEL ENERGY,

    Defendant.

Plaintiff has filed a complaint seeking redress from the above-named defendant under the Age Discrimination in Employment Act of 1967, as amended. [Docket No. 1.] She did not pay any filing fee for this action, but she instead filed an application for leave to proceed in forma pauperis, ("IFP") which is now before the Court [Docket No. 2].

Plaintiff's IFP application shows that she is employed and has gross monthly income of $7,400. Plaintiff owns a home and a car, and has no dependents. Plaintiff has cash savings in her checking and savings accounts. Based on the information furnished in plaintiff's IFP application, most notably her current gross monthly income, the Court cannot find that she is indigent for IFP purposes. Therefore, plaintiff's IFP application will be DENIED.

Plaintiff will be afforded an opportunity to pay the normal $400 filing fee, and if she chooses to do so, she will be allowed to pursue her claims as a non-IFP litigant. If Plaintiff pays the $400 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If she fails to pay the full amount of the filing fee within the time allowed, she will be deemed to have abandoned this action, and it will be

recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No.2), is **DENIED**; and

2. Plaintiff must pay the full filing fee of $400 within twenty (20) days after the date of this Order, failing which it will be recommended that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).


Dated: June 9, 2014                             *Janie S. Mayeron*
                                                JANIE S. MAYERON
                                                United States Magistrate Judge