## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Chrisanne L. Nelson,                               Civil No. 14-01828 (SRN/JSM)

       Plaintiff,

      v.                                           **ORDER**

Xcel Energy, Inc.,

       Defendant.

---

Based on this Court's previous order [Doc. No. 6] and having received no response from counsel,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for lack of prosecution.

Dated: December 10, 2014

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge